**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
    **Richard A. Stokes**

Case No.: **10−89648−mgd**
Chapter: **13**

# ORDER OF DISMISSAL IN CHAPTER 11 OR 13 CASE

    On October 6, 2010 , the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee in installments, provided that Debtor paid the initial filing fee installment within ten days following the date the petition was filed; paid the second filing fee installment payment within 30 days of the date the petition was filed; and paid the final filing fee installment payment within 60 days of the date the petition was filed. While Debtor timely made the initial fee installment payment, Debtor failed to pay timely

  **the second filing fee installment.**

Debtor was notified of this deficiency and allowed additional time to make the payment.

    It now appears from the records of the Clerk that Debtor has failed to pay timely the required filing fee installment. Accordingly, it is

    ORDERED that the above−styled case is **dismissed**.

    The Clerk is directed to serve a copy of this Order on Debtor, counsel for Debtor, any trustee, and all creditors.

  **SO ORDERED,** on December 9, 2010 .

*Mary Grace Diehl*

Mary Grace Diehl
United States Bankruptcy Judge

Form 3061113